**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7506**

---

PAUL DOUGLAS TRAYNHAM,

Plaintiff - Appellee,

versus

TERRENCE TYLER; LUTHER GLOVER,

Defendants - Appellants.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-00-134-5-BR)

---

Submitted: January 7, 2002          Decided: March 11, 2002

---

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mary S. Mercer, Assistant Attorney General, Raleigh, North Carolina, for Appellants. Letitia C. Echols, NORTH CAROLINA PRISONER LEGAL SERVICES, INC., Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants, North Carolina correctional officers, appeals the district court's order denying their motion for summary judgment based upon qualified immunity.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Traynham v. Tyler</u>, No. CA-00-134-5-BR (E.D.N.C. Aug. 8, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>